# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3387
L.T. Case No. 09-2017-CF-1318-A

_____

ROBERT S. ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Robert S. Anderson, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

February 18, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____